1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  KERRY HARRIS,
11          Petitioner,                    No. CIV S-08-2155-DAD P
12      vs.
13  KEN CLARK, Warden,
14          Respondent.                    ORDER
15  _____/
16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma
18  pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).
19  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of
20  a request to proceed in forma pauperis or submit the appropriate filing fee.
21          In accordance with the above, IT IS HEREBY ORDERED that:
22          1. Petitioner shall submit, within thirty days from the date of this order, an
23  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;
24  petitioner's failure to comply with this order will result in a recommendation for dismissal of this
25  action; and
26  /////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: September 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
harr2155.101a