IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KERRY HARRIS,** | CIV S-08-2155 DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Respondent has filed a request for an extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a responsive pleading on or before January 1, 2009.

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/harr2155.111rp